IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST N. JOHNSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMTRAK, | : | No. 08-4986 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **26ᵗʰ** day of **June, 2009**, upon consideration of Defendant's Motion for

Summary Judgment (Document No. 17), Plaintiff's response thereto, and Defendant's reply

thereon, and for the reasons set forth in this Court's June 26, 2009 Memorandum, it is hereby

**ORDERED** that:

    1.    Defendant's motion is **GRANTED**.

    2.    The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**